# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD W. PETRARCA,

    Plaintiff,

    v.

DR. ROMEO ARANAS, *et al.,*

    Defendants.

Case No. 2:15-cv-01231-RFB-CWH

**ORDER**

## I. DISCUSSION

On January 6, 2016, the Court issued a Screening Order directing Plaintiff to file an amended complaint within 30 days or he would only be allowed to proceed on his Eighth Amendment claim against Dr. Gedney and Does 1-12. On February 3, 2016, Plaintiff filed motions requesting additional time to file his amended complaint and for leave to file an expanded first amended complaint. (ECF No. 18, 19). The Court grants both motions. Plaintiff is granted an additional **60 days** from date of this order to file his first amended complaint.

## II. ORDER

For the foregoing reasons, **IT IS ORDERED** that the motion for extension of time (ECF No. 18) is **granted**. Plaintiff shall file his amended complaint no later than **sixty (60) days** from date of this order.

**IT IS FURTHER ORDERED** that Plaintiff's Request for Submission (ECF No. 16) is **granted**.

/ / /

1     **IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File an Expanded First Amended Complaint (ECF No. 19) is **granted**.

    **IT IS FURTHER ORDERED** that if Plaintiff falls to file an amended complaint curing the deficiencies outlined in the screening order (ECF No. 14), this action shall proceed against Dr. Gedney and Does 1-12 on the Eighth Amendment claim.

Dated this 2nd day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

2