**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD W. PETRARCA,<br><br>   Plaintiff,<br><br> v.<br><br>DR. ROMEO ARANAS, *et al.*,<br><br>   Defendants.<br>_____ | Case No. 2:15-cv-01231-RFB-CWH<br><br>**ORDER** |

**I. DISCUSSION**

On January 6, 2016, this Court entered a screening order and allowed Plaintiff to file an amended complaint within 30 days. (ECF No. 14.) On March 2, 2016, the Court granted Plaintiff's first motion for an extension of time to file his amended complaint. (ECF No. 21.) On March 7, 2016, the Court granted Plaintiff's request for appointment of counsel (ECF No. 22) and counsel was appointed on April 13, 2016 (ECF No. 23). Plaintiff's counsel now files a second request for an extension of time to file an amended complaint.

Having reviewed and considered the motion, and good cause appearing, the Court will grant the motion for an extension of time to allow Plaintiff's newly-appointed counsel sufficient time to prepare an amended complaint. Plaintiff must file his amended complaint no later than **June 2, 2016.**

///

///

///

///

## II.  CONCLUSION

**IT IS THEREFORE ORDERED** that the motion for extension of time (ECF No. 24) is **granted**. Plaintiff must file his amended complaint no later than **June 2, 2016.**

**IT IS FURTHER ORDERED** that if Plaintiff falls to file an amended complaint curing the deficiencies outlined in the screening order (ECF No. 14), this action will proceed against Dr. Gedney and Does 1-12 on the Eighth Amendment claim.

DATED: May 5, 2016

_____
United States Magistrate Judge

2