1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                     * * *

9    RICHARD W. PETRARCA,                      Case No. 2:15-cv-01231-RFB-CWH

10                            Plaintiff,                    ORDER

11          v.

12   DR. ROMEO ARANAS et al.,

13                            Defendants.

14

15   **I.      DISCUSSION**

16          In June 2015, Plaintiff, then a *pro se* prisoner, initiated this civil rights action

17   pursuant to 42 U.S.C. § 1983.  (ECF No. 1-1).  In April 2016, the Court appointed Cal J.

18   Potter IV, Esq. as pro bono counsel.  (ECF No. 23).  On July 13, 2016, Mr. Potter filed a

19   notice of death upon the record as to Plaintiff.  (ECF No. 27).  On August 23, 2016, the

20   Court issued an order, pursuant to Fed. R. Civ. P. 25(a)(1), which directed any party or

21   the decedent's successor or representative to file a motion for substitution.  (ECF No. 28).

22   The Court stated that, if there was no motion for substitution within ninety (90) days, the

23   Court would dismiss the case.  (*Id.* at 2).  The 90-day period has expired and nobody has

24   filed a motion for substitution.  The Court now dismisses this case with prejudice.

25   ///

26   ///

27   ///

28   ///

## II.      CONCLUSION

For the foregoing reasons, IT IS ORDERED that this case is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

DATED THIS  2nd day of March, 2017.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE